## GEORGE WARD v. STATE.

No. A-2656. Opinion Filed March 10, 1917.

(164 Pac. 989.)

*Appeal from County Court, Pottawatomie County; Hal Johnson, Judge.*

George Ward was convicted of violating the prohibitory law, and he appeals. Affirmed.

*G. A. Outcelt*, for plaintiff in error.

*R. McMillan*, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, George Ward, was convicted at the December, 1915, term of the county court of Pottawatomie county, on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at a fine of $50 and imprisonment in the county jail of Pottawatomie county for a period of 180 days.

An examination of the record discloses no error prejudicial to the substantial rights of the plaintiff in error. The judgment of the trial court is therefore affirmed.